**FILED**
**JUDGMENT ENTERED**

5.21.02
Date
by _l.Saucedo_
Deputy Clerk
U.S. District Court
Eastern District of California

_____ **FILE CLOSED**

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

DONNA JEAN CROWDER,

    Plaintiff,

vs.

GARY CONDIT, et al.,

    Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

CV-F-01-5378 REC/SMS

    DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED with prejudice.  JUDGMENT IS ENTERED for Defendants and against Plaintiff.

DATED: 5.21.02

JACK L. WAGNER, Clerk

By: _l.Saucedo_
    Deputy Clerk

jgm.civ
2/1/95


45

United States District Court
for the
Eastern District of California
May 21, 2002

* * CERTIFICATE OF SERVICE * *
Entry on Civil Docket

1:01-cv-05378

Crowder

v.

Condit

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on May 21, 2002, I SERVED and ENTERED on the civil docket a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the office of the Clerk, or, pursuant to prior authorization by counsel, via facsimile.

Donna Jean Crowder                                          REC/SMS
750 E 23rd Steet
Merced, CA  95340

Stephanie Ramirez-Ridgeway
NOT EDCA ADMITTED
Office of Legislative Counsel
3021 State Capitol
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____
       Deputy Clerk